J. A. THOMPSON & SON, INC., a California corporation *v.* STATE OF HAWAII and HERBERT A. R. AUSTIN and R. M. TOWILL, as individuals, associated and acting as joint contractors and co-adventurers under the name Austin & Towill.

No. 4787.

MARCH 13, 1970.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE WONG IN PLACE OF KOBAYASHI, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Richard P. Schulze, Jr.,* and *Yoshio Shigezawa* (*Moore, Torkildson & Schulze* of counsel) for the petition.